98 A.3d 573

IN THE MATTER OF JOSEPH C. LANE, AN ATTORNEY AT LAW (ATTORNEY NO. 931211992).

September 24, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–264, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that **JOSEPH C. LANE** of **MANASQUAN,** who was admitted to the bar of this State in 1992, should be suspended from the practice of law for a period of three months for violating *RPC* 1.15(a) (failure to safeguard funds), *RPC* 1.15(b) (failure to promptly deliver funds to a client or third person), and *RPC* 1.7(a)(2) (concurrent conflict of interest);

And the Court having granted respondent's petition for review (R–13–13), and having determined that a censure is the appropriate quantum of discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **JOSEPH C. LANE** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.